UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ) | |
| VANWINKLE, DEREK LEE ) | CASE NO. 14-02251-FJO-7 |
| VANWINKLE, STACEY LEIGH ) | |
| Debtor ) | |

## MOTION TO REOPEN

Comes now Paul D. Gresk, the Chapter 7 trustee herein and in support of this motion makes the following showing:

1) That this matter was closed on June 14, 2014 after the Chapter 7 trustee determined that there were no assets to administer.

2) That by email followed by a telephone call the Chapter 7 trustee received information disclosing the debtors medical malpractice claim, an undisclosed asset in the bankruptcy petition.

3) That the Chapter 7 trustee requests that this Court issue an order that provides for the reopening of this bankruptcy proceeding in order to allow for the administration of a previously undisclosed asset, i.e. the Debtors medical malpractice claim.

WHEREFORE, Paul D. Gresk, the Chapter 7 trustee of this bankruptcy proceeding, respectfully requests that this Court issue an order that provides for the reopening of this bankruptcy case.

Respectfully submitted,

 /s/ Paul D. Gresk
Paul D. Gresk, Chapter 7 trustee
150 E. 10th Street
Indianapolis, IN 46204

317-237-7913
Fax no. 317-237-7912
bankruptcy@gslawindy.com

## CERTIFICATE OF SERVICE

I hereby certify that this pleading has been served upon the below named parties by electronic mail and/or U.S. mail, postage prepaid on this the day upon filing with the U.S. Bankruptcy Court.

April Michelle Hall
Hall Law Office, P.C.
120 East Market Street, Suite 1150
Indianapolis, IN 46204


 /s/ Paul D. Gresk
Paul D. Gresk