UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| VANWINKLE, DEREK LEE | ) Case No. 14-02251-FJO-7 |
| VANWINKLE, STACEY LEIGH | ) |
| | ) |

## MOTION FOR RELIEF FROM JUDGMENT

Comes now Paul D. Gresk, the Chapter 7 trustee herein and in support of this pleading makes the following showing:

1) That the Trustee's Report of No Distribution was filed with the Court on May 14, 2014.

2) That the Court issued an Order in No Asset on June 14, 2014.

3) That the Chapter 7 trustee filed a Motion to Reopen this bankruptcy case in order to allow for the administration of a previously unknown and undisclosed asset, i.e. the debtor's entitlement to receive funds resulting from a medical malpractice claim.

WHEREFORE, Paul D. Gresk, the Chapter 7 trustee of this proceeding, requests that the Court issue an Order that sets aside the Order in No Asset that has been issued in this bankruptcy proceeding.

Respectfully submitted,

 /s/ Paul D. Gresk
Paul D. Gresk, Chapter 7 trustee
150 E. 10th Street
Indianapolis, IN 46204
317-237-7913
Fax no. 317-237-7912
bankruptcy@gslawindy.com

## CERTIFICATE OF SERVICE

      I hereby certify that this pleading has been served upon the below named parties by U.S. mail or electronically, postage prepaid on this the day upon filing with the U.S. Bankruptcy Court:

      April Michelle Hall
      Hall Law Office, P.C.
      120 East Market Street, Suite 1150
      Indianapolis, IN 46204

      /s/ Paul D. Gresk
      Paul D. Gresk