# Notice Recipients

District/Off: 0756–1         User: dpittman         Date Created: 3/21/2016
Case: 14–02251–JMC–7         Form ID: pdfOrder      Total: 5

**Recipients of Notice of Electronic Filing:**
ust    U.S. Trustee          ustpregion10.in.ecf@usdoj.gov
tr     Paul D. Gresk         bankruptcy@gslawindy.com
aty    April Michelle Hall   april@hall–lawoffice.com

                                                                TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Derek Lee Vanwinkle       7618 Moultrie Court    Indianapolis, IN 46217
jdb    Stacey Leigh Vanwinkle    7618 Moultrie Court    Indianapolis, IN 46217

                                                                TOTAL: 2