United States Bankruptcy Court
Southern District of Indiana

In re:                                                                    Case No. 14-02251-JMC
Derek Lee Vanwinkle                                                       Chapter 7
Stacey Leigh Vanwinkle
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0756-1          User: dpittman          Page 1 of 1          Date Rcvd: Mar 21, 2016
                              Form ID: pdfOrder       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2016.
db/jdb        +Derek Lee Vanwinkle,    Stacey Leigh Vanwinkle,   7618 Moultrie Court,
               Indianapolis, IN 46217-4345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2016                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2016 at the address(es) listed below:
              April Michelle Hall    on behalf of Joint Debtor Stacey Leigh Vanwinkle april@hall-lawoffice.com
              April Michelle Hall    on behalf of Debtor Derek Lee Vanwinkle april@hall-lawoffice.com
              Paul D. Gresk    bankruptcy@gslawindy.com,   IN66@ecfcbis.com
              U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
                                                                                             TOTAL: 4

SO ORDERED: March 21, 2016.



_____
James M. Carr
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| VANWINKLE, DEREK LEE | ) Case No. 14-02251-JMC-7 |
| VANWINKLE, STACEY LEIGH | ) |
| | ) |

### ORDER FOR RELIEF FROM JUDGMENT

Paul D. Gresk, the Chapter 7 trustee herein, has filed a Motion for Relief from Judgment in which he asserts that after to this Court entering an Order in No Asset the Chapter 7 trustee filed a Motion to Reopen on March 15, 2016 and that the setting aside of the judgment is appropriate under the circumstances.

The Court has considered the allegation contained within the motion and finds that it is true and that the relief being requested is appropriate and consistent with the U.S. Bankruptcy Code. Therefore, the motion will be GRANTED.

IT IS THEREFORE ORDERED that the Order in No Asset that has been rendered in this proceeding is hereby set aside and vacated.

###