UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: )
)
VANWINKLE, DEREK LEE ) CASE NO. 14-02251-JMC-7
VANWINKLE, STACEY LEIGH )
)

### NOTICE OF POSSIBLE ASSETS AND
### NOTICE OF ABANDONMENT OF PROPERTY

Paul D. Gresk, in his capacity as the Chapter 7 trustee of this bankruptcy proceeding, hereby notifies the Court that there are possible assets in this case, administration of which may result in a dividend to creditors.  The Clerk's office is requested to issue a Notice of Last Day To File Claims pursuant to Bankruptcy Rule 3002 (c) (5).

NOTICE IS HEREBY GIVEN that all scheduled assets will be abandoned from the estate EXCEPT **Debtors' interest in their non-disclosed lawsuits.**

DATE:  March 30, 2016              /s/ Paul D. Gresk
Paul D. Gresk, Chapter 7 trustee
150 E. 10th Street
Indianapolis, IN 46204
317-237-7913
Fax no. 317-237-7912
bankruptcy@gslawindy.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this notice has been served upon the below listed parties by either electronic mail and/or U.S. mail, postage prepaid on this the day of filing with the U.S. Bankruptcy Court:

April Michelle Hall
Hall Law Office, P.C.
120 East Market Street, Suite 1150

Indianapolis, IN 46204

/s/ Paul D. Gresk
Paul D. Gresk