UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF07043 (rev 10/2013)

In re:

**Derek Lee Vanwinkle**,
**Stacey Leigh Vanwinkle**,
       Debtors.

Case No. **14–02251–JMC–7A**

## NOTICE OF POSSIBLE ASSETS, ABANDONMENT, AND LAST DAY TO FILE CLAIMS

A Report of Possible Assets and Abandonment of Property was filed on March 30, 2016, by Trustee Paul D. Gresk.

**NOTICE IS GIVEN** that all scheduled assets will be abandoned from the estate **except** debtor's interest in their non–disclosed lawsuits. Any objection to the proposed abandonment of property must be filed with the Court by April 13, 2016. Objections should comply with S.D.Ind. B–9013–1(d) and must be served on the trustee. If no objections are filed, the abandonment of property becomes effective after April 13, 2016.

**NOTICE IS FURTHER GIVEN** that assets, not abandoned from the estate, may be used to pay a dividend to creditors. **Creditors must file a claim by June 30, 2016 in order to share in any distribution from the estate.** Instructions to obtain a proof a claim form or to file electronically can be found at www.insb.uscourts.gov/filing_claims.html. A proof of claim form can also be obtained from any bankruptcy clerk's office.

Dated:  March 30, 2016

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court