# Notice Recipients

District/Off: 0756−1     User: cweldele     Date Created: 3/30/2016
Case: 14−02251−JMC−7A     Form ID: SF07043     Total: 53

**Recipients of Notice of Electronic Filing:**
ust     U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
aty     April Michelle Hall     april@hall−lawoffice.com

                                                                                                                                                      TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Derek Lee Vanwinkle     7618 Moultrie Court     Indianapolis, IN 46217
jdb     Stacey Leigh Vanwinkle     7618 Moultrie Court     Indianapolis, IN 46217
tr     Paul D. Gresk     Office of Paul D. Gresk     150 E. 10th St.     Indianapolis, IN 46204
sp     William W Gooden     CLark, Quinn, Moses, Scott & Grahn, LLP     320 North Meridian Street     Suite 1100     Indianapolis, IN 46204
sp     Ronald J Waicukauski     Price, Waicukauski, Joven & Catlin, LLC     301 Massachusetts Aveune     Indianapolis, IN 46204
12740123     ARS National Services, Inc.     P.O. Box 463023     Escondido, CA 92046
12740124     AT&T     P.O. Box 5014     Carol Stream, IL 60197
12740125     AT&T     P.O. Box 5093     Carol Stream, IL 60197
12740129     CCB Credit Services, Inc.     P.O. Box 272     Springfield, IL 62705−0272
12740130     CCS     P.O. Box 9133     Needham Heights, MA 02494
12740126     Capital One Auto Finance     3905 Dallas Parkway     Plano, TX 75093
12740127     Capital One Bank, N.A.     P.O. Box 30281     Salt Lake City, UT 84130−0281
12740128     Car Care One/GECRB     GE Capital Retail Bank     Orlando, FL 32896
12740131     Chase BP Private Label     P.O. Box 15298     Wilmington, DE 19850
12740132     Citibank/Sears     P.O. Box 6283     Sioux Falls, SD 57117
12740133     Cohen & Malad, LLP     One Indiana Square     Suite 1400     Indianapolis, IN 46204
12740134     Community Health Network     7240 Shadeland Station     Suite 125     Indianapolis, IN 46256
12740135     Credit Collection Services     Two Wells Avenue     Newton Center, MA 02459
12740136     Credit One Bank     P.O. Box 98873     Las Vegas, NV 89193
12740137     Delbert Services     Rodney Square N 1100 N Mkt St     Doylestown, PA 18901
12740138     Department of Education/Sallie Mae     P.O. Box 9635     Wilkes Barre, PA 18773
12740139     Discover Financial Services     P.O. Box 15316     Wilmington, DE 19850
12740141     FMS, Inc.     P.O. Box 707600     Tulsa, OK 74170
12740142     GC Services Limited Partnership     6330 Gulfton     Houston, TX 77081
12740143     GE Capital Retail Bank     P.O. Box 965022     Orlando, FL 32896
12740145     GE Capital Retail Bank/Meijer     P.O. Box 960013     Orlando, FL 32896
12740146     GE Capital Retail Bank/Walmart     P.O. Box 530927     Atlanta, GA 30353
12740144     GE Capital Retail Bank/jcp Credit Servic     P.O. Box 960001     Orlando, FL 32896
12740147     GE Capital/Walmart     P.O. Box 965024     Orlando, FL 32896
12740148     GE/JCPENNEY     P.O. Box 965007     Orlando, FL 32896
12740149     GECRB/Care One     P.O. Box 965036     Orlando, FL 32896
12740150     GEMB/Old Navy     P.O. Box 965005     Orlando, FL 32896
12740151     Green Tree Servicing     332 Minnesota Street     Suite 610     Saint Paul, MN 55101
12740152     Home Depot/Citibank     P.O. Box 6497     Sioux Falls, SD 57117
12740153     Indiana University     400 West 7th Street     Bloomington, IN 47404
12740154     JCPenney Credit Card     P.O. Box 965009     Orlando, FL 32896
12740155     Kohls/Capital One     P.O. Box 3115     Milwaukee, WI 53201
12740156     Med−1 Solutions     517 US Highway 31N     Greenwood, IN 46142
12740157     MedShield, Inc.     P.O. Box 55707     Indianapolis, IN 46205
12740158     Meijer     P.O. Box 965005     Orlando, FL 32896
12740159     Mobiloans     P.O. Box 1409     Marksville, LA 71351
12740160     National Credit Adjusters     P.O. Box 3023     327 West 4th Street     Hutchinson, KS 67504
12740161     Plain Green, LLC     93 Mack Road, Suite 600     P.O. Box 270     Box Elder, MT 59521
12740162     Plain Green, LLC     ATTN: Bankruptcy Handling     93 Mack Road, Suite 600, P.O.Box 270     Box Elder, MT 59521
12740163     Sallie Mae     P.O. Box 9655     Wilkes Barre, PA 18773
12740164     Sears/Citibank     P.O. BOx 6282     Sioux Falls, SD 57117
12740165     Sunrise Credit Services, Inc.     P.O. Box 9100     Farmingdale, NY 11735−9100
12740166     The Huntington National Bank     P.O. Box 1558     Columbus, OH 43216
12740468     U.S. Attorney's Office     10 W Market St Ste 2100     Indianapolis IN 46204−3048
12740167     United Recovery Systems, LP     P.O. Box 722910     Houston, TX 77272−2910
12740140     dsc delbert     P.O. Box 4730     Anaheim, CA 92803

                                                                                                                                TOTAL: 51