```
                          United States Bankruptcy Court
                           Southern District of Indiana
In re:                                                             Case No. 14-02251-JMC
Derek Lee Vanwinkle                                                Chapter 7
Stacey Leigh Vanwinkle
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0756-1          User: cweldele              Page 1 of 2                  Date Rcvd: Mar 30, 2016
                              Form ID: SF07043            Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2016.
db/jdb        +Derek Lee Vanwinkle,   Stacey Leigh Vanwinkle,    7618 Moultrie Court,
                Indianapolis, IN 46217-4345
sp            +Ronald J Waicukauski,   Price, Waicukauski, Joven & Catlin, LLC,    301 Massachusetts Aveune,
                Indianapolis, IN 46204-2108
sp            +William W Gooden,   CLark, Quinn, Moses, Scott & Grahn, LLP,    320 North Meridian Street,
                Suite 1100,   Indianapolis, IN 46204-1729
12740129       CCB  Credit Services, Inc.,   P.O. Box 272,   Springfield, IL 62705-0272
12740133      +Cohen & Malad, LLP,   One Indiana Square,    Suite 1400,   Indianapolis, IN 46204-2058
12740134      +Community Health Network,   7240 Shadeland Station,    Suite 125,   Indianapolis, IN 46256-3959
12740137       Delbert Services,   Rodney Square N 1100 N Mkt St,    Doylestown, PA 18901
12740141      +FMS, Inc.,   P.O. Box 707600,   Tulsa, OK 74170-7600
12740142      +GC Services Limited Partnership,   6330 Gulfton,   Houston, TX 77081-1198
12740153      +Indiana University,   400 West 7th Street,   Bloomington, IN 47404-3901
12740157      +MedShield, Inc.,   P.O. Box 55707,   Indianapolis, IN 46205-0707
12740159      +Mobiloans,   P.O. Box 1409,   Marksville, LA 71351-1409
12740160      +National Credit Adjusters,   P.O. Box 3023,    327 West 4th Street,   Hutchinson, KS 67501-4842
12740165       Sunrise Credit Services, Inc.,   P.O. Box 9100,   Farmingdale, NY 11735-9100
12740468      +U.S. Attorney's Office,   10 W Market St Ste 2100,   Indianapolis IN 46204-1986
12740140      +dsc delbert,   P.O. Box 4730,   Anaheim, CA 92803-4730

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: BPDGRESK.COM Mar 30 2016 22:08:00      Paul D. Gresk,   Office of Paul D. Gresk,
                150 E. 10th St.,   Indianapolis, IN 46204-1002
12740123      +EDI: ARSN.COM Mar 30 2016 22:08:00      ARS National Services, Inc.,    P.O. Box 463023,
                Escondido, CA 92046-3023
12740125      +EDI: ATTWIREBK.COM Mar 30 2016 22:08:00      AT&T,   P.O. Box 5093,
                Carol Stream, IL 60197-5093
12740124      +EDI: ATTWIREBK.COM Mar 30 2016 22:08:00      AT&T,   P.O. Box 5014,
                Carol Stream, IL 60197-5014
12740130      +EDI: CCS.COM Mar 30 2016 22:08:00      CCS,   P.O. Box 9133,   Needham Heights, MA 02494-9133
12740126      +EDI: CAPONEAUTO.COM Mar 30 2016 22:08:00      Capital One Auto Finance,    3905 Dallas Parkway,
                Plano, TX 75093-7892
12740126      +E-mail/Text: coafinternalbkteam@capitaloneauto.com Mar 30 2016 22:16:45
                Capital One Auto Finance,   3905 Dallas Parkway,   Plano, TX 75093-7892
12740127       EDI: CAPITALONE.COM Mar 30 2016 22:08:00      Capital One Bank, N.A.,    P.O. Box 30281,
                Salt Lake City, UT 84130-0281
12740128      +EDI: RMSC.COM Mar 30 2016 22:08:00      Car Care One/GECRB,   GE Capital Retail Bank,
                Orlando, FL 32896-0001
12740131      +EDI: CHASE.COM Mar 30 2016 22:08:00      Chase BP Private Label,   P.O. Box 15298,
                Wilmington, DE 19850-5298
12740132      +EDI: SEARS.COM Mar 30 2016 22:08:00      Citibank/Sears,   P.O. Box 6283,
                Sioux Falls, SD 57117-6283
12740135      +EDI: CCS.COM Mar 30 2016 22:08:00      Credit Collection Services,   Two Wells Avenue,
                Newton Center, MA 02459-3246
12740136      +EDI: RCSFNBMARIN.COM Mar 30 2016 22:08:00      Credit One Bank,   P.O. Box 98873,
                Las Vegas, NV 89193-8873
12740139       EDI: DISCOVER.COM Mar 30 2016 22:08:00      Discover Financial Services,    P.O. Box 15316,
                Wilmington, DE 19850
12740138      +EDI: NAVIENTFKASMDOE.COM Mar 30 2016 22:08:00      Department of Education/Sallie Mae,
                P.O. Box 9635,   Wilkes Barre, PA 18773-9635
12740143      +EDI: RMSC.COM Mar 30 2016 22:08:00      GE Capital Retail Bank,   P.O. Box 965022,
                Orlando, FL 32896-5022
12740145      +EDI: RMSC.COM Mar 30 2016 22:08:00      GE Capital Retail Bank/Meijer,    P.O. Box 960013,
                Orlando, FL 32896-0013
12740146      +EDI: RMSC.COM Mar 30 2016 22:08:00      GE Capital Retail Bank/Walmart,    P.O. Box 530927,
                Atlanta, GA 30353-0927
12740144      +EDI: RMSC.COM Mar 30 2016 22:08:00      GE Capital Retail Bank/jcp Credit Servic,
                P.O. Box 960001,   Orlando, FL 32896-0001
12740147      +EDI: RMSC.COM Mar 30 2016 22:08:00      GE Capital/Walmart,   P.O. Box 965024,
                Orlando, FL 32896-5024
12740148      +EDI: RMSC.COM Mar 30 2016 22:08:00      GE/JCPENNEY,   P.O. Box 965007,   Orlando, FL 32896-5007
12740149      +EDI: RMSC.COM Mar 30 2016 22:08:00      GECRB/Care One,   P.O. Box 965036,
                Orlando, FL 32896-5036
12740150      +EDI: RMSC.COM Mar 30 2016 22:08:00      GEMB/Old Navy,   P.O. Box 965005,
                Orlando, FL 32896-5005
12740151       EDI: RMSC.COM Mar 30 2016 22:08:00      Green Tree Servicing,   332 Minnesota Street,
                Suite 610,   Saint Paul, MN 55101
12740152      +EDI: CITICORP.COM Mar 30 2016 22:08:00      Home Depot/Citibank,   P.O. Box 6497,
                Sioux Falls, SD 57117-6497
12740154      +EDI: RMSC.COM Mar 30 2016 22:08:00      JCPenney Credit Card,   P.O. Box 965009,
                Orlando, FL 32896-5009
12740155      +EDI: CBSKOHLS.COM Mar 30 2016 22:08:00      Kohls/Capital One,   P.O. Box 3115,
                Milwaukee, WI 53201-3115
```

```
District/off: 0756-1          User: cweldele              Page 2 of 2                  Date Rcvd: Mar 30, 2016
                              Form ID: SF07043            Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
12740156        +E-mail/Text: med1bknotice@med1solutions.com Mar 30 2016 22:16:25      Med-1 Solutions,
                 517 US Highway 31N,    Greenwood, IN 46142-3932
12740158        +EDI: RMSC.COM Mar 30 2016 22:08:00      Meijer,    P.O. Box 965005,   Orlando, FL 32896-5005
12740162        +E-mail/Text: bankruptcypgl@plaingreenloans.com Mar 30 2016 22:16:28      Plain Green, LLC,
                 ATTN: Bankruptcy Handling,    93 Mack Road, Suite 600, P.O.Box 270,    Box Elder, MT 59521-0270
12740161        +E-mail/Text: bankruptcypgl@plaingreenloans.com Mar 30 2016 22:16:27      Plain Green, LLC,
                 93 Mack Road, Suite 600,    P.O. Box 270,   Box Elder, MT 59521-0270
12740163        +EDI: NAVIENTFKASMSERV.COM Mar 30 2016 22:08:00      Sallie Mae,    P.O. Box 9655,
                 Wilkes Barre, PA 18773-9655
12740164        +EDI: SEARS.COM Mar 30 2016 22:08:00      Sears/Citibank,    P.O. BOx 6282,
                 Sioux Falls, SD 57117-6282
12740166        +E-mail/Text: bankruptcy@huntington.com Mar 30 2016 22:16:09      The Huntington National Bank,
                 P.O. Box 1558,    Columbus, OH 43216-1558
12740167         EDI: URSI.COM Mar 30 2016 22:08:00      United Recovery Systems, LP,    P.O. Box 722910,
                 Houston, TX 77272-2910
                                                                                                TOTAL: 35

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2016 at the address(es) listed below:

```
              April Michelle Hall    on behalf of Joint Debtor Stacey Leigh Vanwinkle april@hall-lawoffice.com
              April Michelle Hall    on behalf of Debtor Derek Lee Vanwinkle april@hall-lawoffice.com
              Paul D. Gresk     bankruptcy@gslawindy.com,    IN66@ecfcbis.com
              U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
                                                                                                TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF07043 (rev 10/2013)

In re:

**Derek Lee Vanwinkle**,
**Stacey Leigh Vanwinkle**,
        Debtors.

Case No. **14−02251−JMC−7A**

## NOTICE OF POSSIBLE ASSETS, ABANDONMENT, AND LAST DAY TO FILE CLAIMS

A Report of Possible Assets and Abandonment of Property was filed on March 30, 2016, by Trustee Paul D. Gresk.

**NOTICE IS GIVEN** that all scheduled assets will be abandoned from the estate **except** debtor's interest in their non−disclosed lawsuits. Any objection to the proposed abandonment of property must be filed with the Court by April 13, 2016. Objections should comply with S.D.Ind. B−9013−1(d) and must be served on the trustee. If no objections are filed, the abandonment of property becomes effective after April 13, 2016.

**NOTICE IS FURTHER GIVEN** that assets, not abandoned from the estate, may be used to pay a dividend to creditors. **Creditors must file a claim by June 30, 2016 in order to share in any distribution from the estate.** Instructions to obtain a proof a claim form or to file electronically can be found at www.insb.uscourts.gov/filing_claims.html. A proof of claim form can also be obtained from any bankruptcy clerk's office.

Dated:  March 30, 2016

                                            Kevin P. Dempsey
                                            Clerk, U.S. Bankruptcy Court