# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case No.: | 14-02251 | Trustee Name: | (340550) Paul Gresk |
| --- | --- | --- | --- |
| Case Name: | VANWINKLE, DEREK LEE<br>VANWINKLE, STACEY LEIGH | Date Filed (f) or Converted (c): | 03/20/2014 (f) |
| | | § 341(a) Meeting Date: | 05/07/2014 |
| For Period Ending: | 09/30/2017 | Claims Bar Date: | 06/30/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | LAWSUITS (2) (u) | 0.00 | 10,000.00 | | 0.00 | 10,000.00 |
| 2 | 7618 MOULTRIE COURT, INDPLS IN 46217 | 100,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | INDIANA MEMBERS CREDIT UNION CHECKING ACCT #4404 | 500.00 | Unknown | OA | 0.00 | FA |
| 4 | INDIANA MEMBERS CREDIT UNION SAVINGS ACCT #4404 | 50.00 | Unknown | OA | 0.00 | FA |
| 5 | HOUSEHOLD GOODS AND FURNISHINGS | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 6 | BOOKS AND PICTURES | 50.00 | 0.00 | OA | 0.00 | FA |
| 7 | CLOTHING | 500.00 | 0.00 | OA | 0.00 | FA |
| 8 | COSTUME JEWELRY AND WEDDING RINGS | 500.00 | 0.00 | OA | 0.00 | FA |
| 9 | 2012 KIA SEDONA GOOD CONDITION 24,842 MI | 17,000.00 | 0.00 | OA | 0.00 | FA |
| 10 | 2007 KIA SPORTAGE GOOD CONDITION 47,582 MI | 4,500.00 | 0.00 | OA | 0.00 | FA |
| 10 | Assets    Totals    (Excluding unknown values) | **$125,100.00** | **$10,000.00** | | **$0.00** | **$10,000.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| | |
|---|---|
| **Case No.:** 14-02251 | **Trustee Name:** (340550) Paul Gresk |
| **Case Name:** VANWINKLE, DEREK LEE<br>VANWINKLE, STACEY LEIGH | **Date Filed (f) or Converted (c):** 03/20/2014 (f) |
| | **§ 341(a) Meeting Date:** 05/07/2014 |
| **For Period Ending:** 09/30/2017 | **Claims Bar Date:** 06/30/2016 |

**Major Activities Affecting Case Closing:**

> 10/5/17  RECEIVED SETTLEMENT OFFER FROM ATTORNEY AND NEED RESPONSE SUBMITTED BY THE 9TH OF OCTOBER.   REVIEWING PROPOSED OFFER WITH TRUSTEE.
> 03/15/16 MOTION TO REOPEN.  03/15/16 MOTION FOR RELIEF FROM JUDGMENT.  03/16/16 RESUBMITTED ORDER FOR RELIEF WITH NEW JUDGE'S INITIALS PER COURTS INSTRUCTIONS.  03/30/16 FILED NOTICE OF POSSIBLE ASSETS.  03/30/16 FILED APPLICATION TO EMPLOY SPECIAL COUNSEL.

**Initial Projected Date Of Final Report (TFR):** 09/30/2018          **Current Projected Date Of Final Report (TFR):** 09/30/2018

10/16/2017                                                                                          /s/Paul Gresk
_____                                                                 _____
Date                                                                                                      Paul Gresk