UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:

|  |  |  |
|---|---|---|
| | ) | |
| VANWINKLE, DEREK LEE | ) | CASE NO. 14-02251-JMC-7A |
| VANWINKLE, STACEY LEIGH | ) | |
| | ) | |
| Debtors. | ) | |

## MOTION TO SETTLE

Comes now Paul D. Gresk, the Chapter 7 trustee of this bankruptcy proceeding, and in support of this motion, makes the following showing:

1)      Paul D. Gresk is the duly appointed Chapter 7 trustee of this bankruptcy proceeding.

2)      The Debtors have an interest in a lawsuit filed in the United State District Court for the Southern District of Indiana as Case No. 1:15-CV-1082-JMS-MJD against the Indiana Department of Child Services et al.

3)      The case has settled for $850,000.

4)      The Chapter 7 trustee believes this settlement is fair and reasonable and in the best interest of the estate to accept. A copy of the settlement agreement is attached hereto as "Exhibit A."

5)      The Chapter 7 trustee seeks approval of the settlement agreement and to settle the claim for $850,000.

NOTICE IS GIVEN that any objection must be filed with the Bankruptcy Clerk on or before **21 days** from the date of service.  Those not required or permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

United States Bankruptcy Court
Room 116

Birch Bayh Federal Building and United States Courthouse
46 East Ohio Street
Indianapolis, IN 46204

The objecting party must ensure delivery of the objection to the party filing the motion.

**If an objection is NOT timely filed, the requested relief may be granted.**

WHEREFORE, Paul D. Gresk, the Chapter 7 trustee of this bankruptcy proceeding,

requests approval of the settlement agreement and authority to settle the claim for $850,000.

Respectfully submitted,

/s/ Paul D. Gresk
Paul D. Gresk, the Chapter 7 trustee
150 East 10th Street
Indianapolis, IN 46204
Phone: (317)237-7913
Fax: (317)237-7912
Email: bankruptcy@gslawindy.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading has been served upon the below listed party

by either electronic mail and/or U.S. mail, postage prepaid on the date upon filing with the

United States Bankruptcy Court.

| April Hall | U.S. Trustee |
|---|---|
| april@hall-lawoffice.com | ustpregion10.in.ecf@usdoj.gov |
| **Cohen & Malad, LLP** | **Discover Products, Inc.** |
| One Indiana Square, Suite 1400 | P.O. Box 3025 |
| Indianapolis, IN 46204 | New Albany, OH 43054-3025 |
| **Von Maur, Inc.** | **Capital One Bank (USA), N.A.** |
| 6565 Brady Street | By American InfoSource as agent |
| Davenport, IA 52806 | P.O. Box 71083 |
|  | Charlotte, NC 28272-1083 |
| **Navient Solutions, Inc.** | **Navient Solutions, Inc.** |
| P.O. Box 9640 | P.O. Box 9635 |
| Wilkes-Barre, PA 18773-9640 | Wilkes-Barre, PA 18773-9635 |

| **Capital One, N.A.** | **PYOD, LLC** |
|---|---|
| c/o Becket and Lee LLP | Resurgent Capital Services |
| P.O. Box 3001 | P.O. Box 19008 |
| Malvern, PA 19355-0701 | Greenville, SC 29602 |

/s/ Paul D. Gresk
Paul D. Gresk