UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

NTCEXHIB (rev 05/2015)

In re:

**Derek Lee Vanwinkle**,
**Stacey Leigh Vanwinkle**,
      Debtors.

Case No. **14–02251–JMC–7A**

## NOTICE OF AVAILABLITY OF EXHIBITS

TO: Paul Gresk

**NOTICE IS GIVEN** that the exhibit(s) received at the hearing on June 7, 2018, are now available for pick up. Contact Heather M Butler at 317–229–3833 weekdays between 8:30 AM and 4:30 PM ET.

The Court will dispose of unretrieved exhibits on or after March 11, 2019.

Dated: February 7, 2019

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court