UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In re: VANWINKLE, DEREK LEE § Case No. 14-02251
VANWINKLE, STACEY LEIGH §
§
§
Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Paul D. Gresk, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $125,100.00 | Assets Exempt: | $11,642.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $167,351.21 | Claims Discharged Without Payment: | $213,821.94 |
| Total Expenses of Administration: | $334,632.00 | | |

3) Total gross receipts of $850,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $348,016.79 (see **Exhibit 2**), yielded net receipts of $501,983.21 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $119,430.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $334,632.00 | $334,632.00 | $334,632.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $212,533.36 | $168,639.79 | $168,639.79 | $167,351.21 |
| **TOTAL DISBURSEMENTS** | $331,963.36 | $503,271.79 | $503,271.79 | $501,983.21 |

4) This case was originally filed under chapter 7 on 03/20/2014. The case was pending for 65 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/26/2019        By: /s/ Paul Gresk
                                                Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| LAWSUITS (2) | 1242-000 | $850,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$850,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| AV | | 8500-000 | $100,000.00 |
| DEREK & STACEY VANWINKLE | | 8500-000 | $148,016.79 |
| MV | | 8500-000 | $100,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$348,016.79** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Capital One Auto Finance | 4110-000 | $22,778.00 | NA | NA | NA |
| N/F | Green Tree Servicing | 4110-000 | $91,958.00 | NA | NA | NA |
| N/F | The Huntington National Bank | 4110-000 | $4,694.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$119,430.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Paul Gresk | 2100-000 | NA | $12,266.09 | $12,266.09 | $12,266.09 |
| Trustee, Expenses - Paul Gresk | 2200-000 | NA | $133.37 | $133.37 | $133.37 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $260.00 | $260.00 | $260.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $311.11 | $311.11 | $311.11 |
| Special Counsel for Trustee Fees - CLARK QUINN MOSES SCOTT & GRAHN | 3210-600 | NA | $89,816.67 | $89,816.67 | $89,816.67 |
| Special Counsel for Trustee Fees - PRICE WAICUKAUSKI JOVEN & CATLIN | 3210-600 | NA | $193,516.66 | $193,516.66 | $193,516.66 |
| Special Counsel for Trustee Expenses - CLARK QUINN MOSES SCOTT & GRAHN | 3220-610 | NA | $5,645.15 | $5,645.15 | $5,645.15 |
| Special Counsel for Trustee Expenses - PRICE WAICUKAUSKI JOVEN & CATLIN | 3220-610 | NA | $32,682.95 | $32,682.95 | $32,682.95 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $334,632.00 | $334,632.00 | $334,632.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cohen & Malad, LLP | 7100-000 | NA | $44,017.64 | $44,017.64 | $43,681.31 |
| 2 | Discover Bank Discover Products INC | 7100-000 | NA | $3,267.56 | $3,267.56 | $3,242.59 |
| 3 | Von Maur, Inc. | 7100-000 | NA | $159.43 | $159.43 | $158.21 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | NA | $5,814.46 | $5,814.46 | $5,770.03 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | NA | $978.62 | $978.62 | $971.14 |
| 6 | Capital One Bank (USA), N.A. | 7100-000 | NA | $921.91 | $921.91 | $914.87 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | NA | $1,805.88 | $1,805.88 | $1,792.08 |
| 8 | Navient Solutions, Inc. | 7100-000 | NA | $7,161.67 | $7,161.67 | $7,106.95 |
| 9 | Navient Solutions, Inc. | 7100-000 | NA | $2,145.83 | $2,145.83 | $2,129.43 |
| 10 | Navient Solutions, Inc. | 7100-000 | NA | $11,963.71 | $11,963.71 | $11,872.30 |
| 11 | Navient Solutions, Inc. | 7100-000 | NA | $2,067.46 | $2,067.46 | $2,051.66 |
| 12 | Navient Solutions, Inc. Department of Education Loan Services | 7100-000 | NA | $76,824.42 | $76,824.42 | $76,237.40 |
| 13 | Capital One NA c/o Becket and Lee LLP | 7100-000 | NA | $2,522.69 | $2,522.69 | $2,503.41 |
| 14 | PYOD, LLC its successors and assigns as assignee of FNBM, LLC Resurgent Capital Services | 7100-000 | NA | $765.61 | $765.61 | $759.76 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 7100-000 | NA | $2,751.85 | $2,751.85 | $2,730.82 |
| 16 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 7100-000 | NA | $5,471.05 | $5,471.05 | $5,429.25 |
| N/F | AT&T | 7100-000 | $100.81 | NA | NA | NA |
| N/F | AT&T | 7100-000 | $212.85 | NA | NA | NA |
| N/F | CCB Credit Services, Inc. | 7100-000 | $159.43 | NA | NA | NA |
| N/F | Capital One Bank, N.A. | 7100-000 | $5,713.00 | NA | NA | NA |
| N/F | Capital One Bank, N.A. | 7100-000 | $1,774.00 | NA | NA | NA |
| N/F | Capital One Bank, N.A. | 7100-000 | $963.00 | NA | NA | NA |
| N/F | Capital One Bank, N.A. | 7100-000 | $904.00 | NA | NA | NA |
| N/F | Chase BP Private Label | 7100-000 | $770.00 | NA | NA | NA |
| N/F | Citibank/Sears | 7100-000 | $2,670.11 | NA | NA | NA |
| N/F | Cohen & Malad, LLP One Indiana Square | 7100-000 | $43,500.00 | NA | NA | NA |
| N/F | Community Health Network | 7100-000 | $909.67 | NA | NA | NA |
| N/F | Credit One Bank | 7100-000 | $718.00 | NA | NA | NA |
| N/F | Delbert Services | 7100-000 | $14,440.44 | NA | NA | NA |
| N/F | Department of Education/Sallie Mae | 7100-000 | $70,423.00 | NA | NA | NA |
| N/F | Discover Financial Services | 7100-000 | $3,142.00 | NA | NA | NA |
| N/F | GE Capital/Walmart | 7100-000 | $422.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | GE Capital/Walmart | 7100-000 | $1,143.00 | NA | NA | NA |
| N/F | GE/JCPENNEY | 7100-000 | $655.00 | NA | NA | NA |
| N/F | GECRB/Care One | 7100-000 | $1,029.00 | NA | NA | NA |
| N/F | GEMB/Old Navy | 7100-000 | $227.00 | NA | NA | NA |
| N/F | Home Depot/Citibank | 7100-000 | $601.00 | NA | NA | NA |
| N/F | Indiana University | 7100-000 | $6,035.00 | NA | NA | NA |
| N/F | Kohls/Capital One | 7100-000 | $2,443.00 | NA | NA | NA |
| N/F | Med-1 Solutions | 7100-000 | $1,082.02 | NA | NA | NA |
| N/F | MedShield, Inc. | 7100-000 | $110.35 | NA | NA | NA |
| N/F | Meijer | 7100-000 | $682.00 | NA | NA | NA |
| N/F | Mobiloans | 7100-000 | $1,064.22 | NA | NA | NA |
| N/F | Plain Green, LLC | 7100-000 | $4,100.00 | NA | NA | NA |
| N/F | Sallie Mae | 7100-000 | $28,074.00 | NA | NA | NA |
| N/F | Sallie Mae | 7100-000 | $9,163.00 | NA | NA | NA |
| N/F | Sears/Citibank | 7100-000 | $5,320.68 | NA | NA | NA |
| N/F | dsc delbert | 7100-000 | $3,981.78 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$212,533.36** | **$168,639.79** | **$168,639.79** | **$167,351.21** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 14-02251
**Case Name:** VANWINKLE, DEREK LEE
VANWINKLE, STACEY LEIGH
**For Period Ending:** 08/26/2019

**Trustee Name:** (340550) Paul D. Gresk
**Date Filed (f) or Converted (c):** 03/20/2014 (f)
**§ 341(a) Meeting Date:** 05/07/2014
**Claims Bar Date:** 06/30/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | LAWSUITS (2) (u) | 0.00 | 10,000.00 | | 850,000.00 | FA |
| 2 | 7618 MOULTRIE COURT, INDPLS IN 46217 | 100,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | INDIANA MEMBERS CREDIT UNION CHECKING ACCT #4404 | 500.00 | Unknown | OA | 0.00 | FA |
| 4 | INDIANA MEMBERS CREDIT UNION SAVINGS ACCT #4404 | 50.00 | Unknown | OA | 0.00 | FA |
| 5 | HOUSEHOLD GOODS AND FURNISHINGS | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 6 | BOOKS AND PICTURES | 50.00 | 0.00 | OA | 0.00 | FA |
| 7 | CLOTHING | 500.00 | 0.00 | OA | 0.00 | FA |
| 8 | COSTUME JEWELRY AND WEDDING RINGS | 500.00 | 0.00 | OA | 0.00 | FA |
| 9 | 2012 KIA SEDONA GOOD CONDITION 24,842 MI | 17,000.00 | 0.00 | OA | 0.00 | FA |
| 10 | 2007 KIA SPORTAGE GOOD CONDITION 47,582 MI | 4,500.00 | 0.00 | OA | 0.00 | FA |
| 10 | **Assets Totals (Excluding unknown values)** | **$125,100.00** | **$10,000.00** | | **$850,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

10/24/18  ORDER ON THE TRUSTEE'S APPLICATION FOR COMPENSATION WAS SIGNED.
10/2/18  NFR WAS FILED.  APPLICATION FOR TRUSTEE'S COMPENSATION WAS FILED.  ORDER ON THE TRUSTEE'S APPLICATION FOR COMPENSATION WAS UPLOADED.
6/7/18  MINUTE ENTRY ORDER - MOTION GRANTED, ORDER SIGNED.
5/9/18  NOTICE OF HEARING ON THE APPLICATION FOR COMPENSATION FOR WILLIAM GOODEN AND RONALD J WAICUKAUSKI AS SPECIAL COUNSEL WAS SET FOR JUNE 7TH AT 10:30 IN ROOM 325
5/5/18  APPLICATION FOR COMPENSATION FOR SPECIAL COUNSEL WAS FILED.  ORDER ON THE APPLICATION FOR SPECIAL COUNSEL WAS UPLOADED.
2/8/2018  ORDER GRANTING MOTION TO SETTLE WAS SIGNED BY THE JUDGE.
11/9/17 AMENDED MOTION TO SETTLE WAS FILED. 10/26/17 MOTION TO SETTLE WAS FILED. 10/5/17 RECEIVED SETTLEMENT OFFER FROM ATTORNEY AND NEED RESPONSE SUBMITTED BY THE 9TH OF OCTOBER.   REVIEWING PROPOSED OFFER WITH TRUSTEE.
03/15/16 MOTION TO REOPEN.  03/15/16 MOTION FOR RELIEF FROM JUDGMENT.  03/16/16 RESUBMITTED ORDER FOR RELIEF WITH NEW JUDGE'S INITIALS PER COURTS INSTRUCTIONS.
03/30/16 FILED NOTICE OF POSSIBLE ASSETS.  03/30/16 FILED APPLICATION TO EMPLOY SPECIAL COUNSEL.

**Initial Projected Date Of Final Report (TFR):** 09/30/2018      **Current Projected Date Of Final Report (TFR):** 07/24/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

**Case No.:** 14-02251
**Case Name:** VANWINKLE, DEREK LEE
VANWINKLE, STACEY LEIGH

**For Period Ending:** 08/26/2019

**Trustee Name:** (340550) Paul D. Gresk
**Date Filed (f) or Converted (c):** 03/20/2014 (f)
**§ 341(a) Meeting Date:** 05/07/2014
**Claims Bar Date:** 06/30/2016

08/26/2019
Date

/s/Paul D. Gresk
Paul D. Gresk

Case 14-02251-JMC-7A   Doc 54   Filed 08/27/19   EOD 08/27/19 08:03:59   Pg 10 of 12

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 14-02251 | Trustee Name: | Paul D. Gresk (340550) |
|---|---|---|---|
| Case Name: | VANWINKLE, DEREK LEE / VANWINKLE, STACEY LEIGH | Bank Name: | Rabobank, N.A. |
| | | Account #: | ******3300 Checking |
| Taxpayer ID #: | **-***8072 | Blanket Bond (per case limit): | $36,630,939.00 |
| For Period Ending: | 08/26/2019 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/22/18 | | PRICE WAICUKAUSKI JOVEN & CATLIN, LLC  TRUST ACCOUNT | SETTLEMENT | | 180,321.78 | | 180,321.78 |
| | | PRICE WAICUKAUSKI JOVEN & CATLIN | ATTORNEY FEES  -$193,516.66 | 3210-600 | | | |
| | | CLARK QUINN MOSES SCOTT & GRAHN | ATTORNEY FEES  -$89,816.67 | 3210-600 | | | |
| | | PRICE WAICUKAUSKI JOVEN & CATLIN | ATTORNEY EXPENSES  -$32,682.95 | 3220-610 | | | |
| | | CLARK QUINN MOSES SCOTT & GRAHN | ATTORNEY EXPENSES  -$5,645.15 | 3220-610 | | | |
| | | MV | -$100,000.00 | 8500-000 | | | |
| | | AV | -$100,000.00 | 8500-000 | | | |
| | | DEREK & STACEY VANWINKLE | -$148,016.79 | 8500-000 | | | |
| | {1} | PRICE WAICUKAUSKI JOVEN & CATLIN TRUST ACCOUNT | LAWSUIT SETTLEMENT  $850,000.00 | 1242-000 | | | |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 69.16 | 180,252.62 |
| 02/19/18 | 101 | US BANKRUPTCY COURTS | FILING FEE TO REOPEN CASE | 2700-000 | | 260.00 | 179,992.62 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 241.95 | 179,750.67 |
| 10/26/18 | 102 | Paul Gresk | Distribution payment - Dividend paid at 43.27% of $28,349.16; Claim # FEE; Filed: $28,349.16 | 2100-000 | | 12,266.09 | 167,484.58 |
| 10/26/18 | 103 | Paul Gresk | Distribution payment - Dividend paid at 100.00% of $133.37; Claim # TE; Filed: $133.37 | 2200-000 | | 133.37 | 167,351.21 |
| 10/26/18 | 104 | Cohen & Malad, LLP | Distribution payment - Dividend paid at 99.24% of $44,017.64; Claim # 1; Filed: $44,017.64 | 7100-000 | | 43,681.31 | 123,669.90 |
| 10/26/18 | 105 | Discover Bank Discover Products INC | Distribution payment - Dividend paid at 99.24% of $3,267.56; Claim # 2; Filed: $3,267.56 | 7100-000 | | 3,242.59 | 120,427.31 |
| 10/26/18 | 106 | Von Maur, Inc. | Distribution payment - Dividend paid at 99.23% of $159.43; Claim # 3; Filed: $159.43 | 7100-000 | | 158.21 | 120,269.10 |
| 10/26/18 | 107 | Capital One Bank (USA), N.A. | Distribution payment - Dividend paid at 99.24% of $5,814.46; Claim # 4; Filed: $5,814.46 | 7100-000 | | 5,770.03 | 114,499.07 |
| 10/26/18 | 108 | Capital One Bank (USA), N.A. | Distribution payment - Dividend paid at 99.24% of $978.62; Claim | 7100-000 | | 971.14 | 113,527.93 |
| | | | Page Subtotals: | | $180,321.78 | $66,793.85 | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Case 14-02251-JMC-7A    Doc 54    Filed 08/27/19    EOD 08/27/19 08:03:59    Pg 11 of 12

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| Case No.: | 14-02251 | Trustee Name: | Paul D. Gresk (340550) |
|---|---|---|---|
| Case Name: | VANWINKLE, DEREK LEE<br>VANWINKLE, STACEY LEIGH | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8072 | Account #: | ******3300 Checking |
| For Period Ending: | 08/26/2019 | Blanket Bond (per case limit): | $36,630,939.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | # 5; Filed: $978.62 | | | | |
| 10/26/18 | 109 | Capital One Bank (USA), N.A. | Distribution payment - Dividend paid at 99.24% of $921.91; Claim # 6; Filed: $921.91 | 7100-000 | | 914.87 | 112,613.06 |
| 10/26/18 | 110 | Capital One Bank (USA), N.A. | Distribution payment - Dividend paid at 99.24% of $1,805.88; Claim # 7; Filed: $1,805.88 | 7100-000 | | 1,792.08 | 110,820.98 |
| 10/26/18 | 111 | Navient Solutions, Inc. | Distribution payment - Dividend paid at 99.24% of $7,161.67; Claim # 8; Filed: $7,161.67 | 7100-000 | | 7,106.95 | 103,714.03 |
| 10/26/18 | 112 | Navient Solutions, Inc. | Distribution payment - Dividend paid at 99.24% of $2,145.83; Claim # 9; Filed: $2,145.83 | 7100-000 | | 2,129.43 | 101,584.60 |
| 10/26/18 | 113 | Navient Solutions, Inc. | Distribution payment - Dividend paid at 99.24% of $11,963.71; Claim # 10; Filed: $11,963.71 | 7100-000 | | 11,872.30 | 89,712.30 |
| 10/26/18 | 114 | Navient Solutions, Inc. | Distribution payment - Dividend paid at 99.24% of $2,067.46; Claim # 11; Filed: $2,067.46 | 7100-000 | | 2,051.66 | 87,660.64 |
| 10/26/18 | 115 | Navient Solutions, Inc. Department of Education Loan Services | Distribution payment - Dividend paid at 99.24% of $76,824.42; Claim # 12; Filed: $76,824.42 | 7100-000 | | 76,237.40 | 11,423.24 |
| 10/26/18 | 116 | Capital One NA c/o Becket and Lee LLP | Distribution payment - Dividend paid at 99.24% of $2,522.69; Claim # 13; Filed: $2,522.69 | 7100-000 | | 2,503.41 | 8,919.83 |
| 10/26/18 | 117 | PYOD, LLC its successors and assigns as assignee of FNBM, LLC Resurgent Capital Services | Distribution payment - Dividend paid at 99.24% of $765.61; Claim # 14; Filed: $765.61 | 7100-000 | | 759.76 | 8,160.07 |
| 10/26/18 | 118 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | Distribution payment - Dividend paid at 99.24% of $2,751.85; Claim # 15; Filed: $2,751.85 | 7100-000 | | 2,730.82 | 5,429.25 |
| 10/26/18 | 119 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | Distribution payment - Dividend paid at 99.24% of $5,471.05; Claim # 16; Filed: $5,471.05 | 7100-000 | | 5,429.25 | 0.00 |
| | | **COLUMN TOTALS** | | | 180,321.78 | 180,321.78 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 180,321.78 | 180,321.78 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$180,321.78** | **$180,321.78** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Case 14-02251-JMC-7A    Doc 54    Filed 08/27/19    EOD 08/27/19 08:03:59    Pg 12 of 12

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| | |
|---|---|
| **Case No.:** 14-02251 | **Trustee Name:** Paul D. Gresk (340550) |
| **Case Name:** VANWINKLE, DEREK LEE / VANWINKLE, STACEY LEIGH | **Bank Name:** Rabobank, N.A. |
| | **Account #:** ******3300 Checking |
| **Taxpayer ID #:** **-***8072 | **Blanket Bond (per case limit):** $36,630,939.00 |
| **For Period Ending:** 08/26/2019 | **Separate Bond (if applicable):** N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******3300 Checking | $180,321.78 | $180,321.78 | $0.00 |
| | **$180,321.78** | **$180,321.78** | **$0.00** |

| | |
|---|---|
| 08/26/2019 | /s/Paul D. Gresk |
| Date | Paul D. Gresk |

UST Form 101-7-TDR (10 /1/2010)